**SAOD**
ALI R. IQBAL, ESQ.
Nevada Bar No. 15056
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
**PYATT SILVESTRI**
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
(702) 383-6000
Fax: (702) 477-0088
Attorneys for Defendant
*ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY*
aiqbal@pyattsilvestri.com
jsilvestri@pyattsilvestri.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMIT BIJLANI,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, a Foreign Corporation; DOES 1-10; and ROE Entities 11 through 20, inclusive jointly and severally,<br><br>Defendants. | CASE NO.:   2:19-CV-00564-JAD-VCF<br><br>ECF No. 12 |

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED, by and between Defendant, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY (hereinafter "DEFENDANT"), by and through its attorneys, JAMES P. C. SILVESTRI, ESQ., and ALI R. IQBAL, ESQ. of the law firm PYATT SILVESTRI, and Plaintiff, AMIT BIJLANI, by and through his attorney, LAWRENCE RUIZ, ESQ., of the law firm RUIZ LAW FIRM, that the above-referenced action shall be dismissed with prejudice, each party to bear its own attorney's fees and costs.

/ / /

/ / /

/ / /

Pyatt Silvestri
701 Bridger Ave
Suite 600
Las Vegas, NV 89101
(702) 383-6000

Page 1 of 2

IT IS FURTHER STIPULATED AND AGREED that there are no trial dates that need to be vacated as this matter was to be resolved via binding arbitration.

DATED this 12th day of August, 2020.          DATED this 3rd day of August, 2020.

**PYATT SILVESTRI**                             **RUIZ LAW FIRM**

_____                _____
ALI R. IQBAL, ESQ.                              LAWRENCE RUIZ, ESQ.
Nevada Bar No. 15056                            Nevada Bar No. 11451
JAMES P. C. SILVESTRI, ESQ.                     1055 Whitney Ranch Drive, Suite 110
Nevada Bar No. 3603                             Henderson, Nevada 89114
701 Bridger Avenue, Suite 600                   Attorneys for Plaintiff
Las Vegas, Nevada 89101
Attorneys for Defendant

## ORDER

Based on the parties' stipulation **[ECF No. 12]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prefudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U. S. DISTRICT COURT JUDGE
Dated: August 12, 2020

Respectfully submitted by:

**PYATT SILVESTRI**

_____
ALI R. IQBAL. ESQ.
Nevada Bar No. 15056
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
Attorneys for Defendant,
*ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY*

Pyatt Silvestri
701 Bridger Ave
Suite 600
Las Vegas, NV 89101
(702) 383-6000

Page 2 of 2